FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. ARMSTEAD,<br><br>Defendant. | No. 2:18-CR-00115-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 107, 108)** |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 107. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 107 at 2.

Defendant requests a modification of Special Condition No. 28, which sets his curfew from 7:00 p.m. to 6:30 a.m. everyday. ECF No. 107 at 1; *also see* ECF No. 86 at 5. Defendant requests his curfew hours be extended to permit him time to see his children and run errands after work. ECF No. 107 at 1.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 107**, is **GRANTED**. Defendant's conditions of pretrial release are modified as follows:

**Curfew**; Defendant shall be restricted to his Grandmother's residence, at all times, every day from **9:00 p.m. to 5:30 a.m.**

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

Defendant's Motion to Expedite, **ECF No. 108**, is **GRANTED**.

**IT IS SO ORDERED.**

DATED August 27, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE