UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Armstead, Mark A. | Docket No. | 2:18CR00115-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark A. Armstead, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge, Justin L. Quackenbush, sitting in the Court at Spokane, Washington, on the 30th day of July 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Modified Condition (August 27, 2018):** Curfew: Defendant shall be restricted to his Grandmother's residence, at all times, every day from 9:00 p.m. to 5:30 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mark A. Armstead admitted to injecting heroin on October 20, 2018.

On July 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Armstead. He acknowledged an understanding of his conditions, which included standard condition number 9.

Mr. Armstead is currently required to abide by a curfew and is monitored with electronic monitoring equipment. On October 20, 2018, at 10:42 p.m., the undersigned officer was notified that Mr. Armstead left his residence at a time when he was required to be home. The undersigned officer attempted to contact Mr. Armstead, without success. However, contact was established with Mr. Armstead's cousin on October 20, 2018. His cousin reported that Mr. Armstead was having breathing issues and was taken to a local hospital for medical care.

On October 22, 2018, the undersigned officer contacted Mr. Armstead using his provided cellular phone number. Mr. Armstead admitted he injected heroin on October 20, 2018, which caused him to overdose. Subsequently, Mr. Armstead was taken to a local hospital for medical care.

On October 23, 2018, the undersigned officer met with Mr. Armstead. He signed a substance abuse admission form acknowledging he injected heroin October 20, 2018.

**Violation #2:** Mark A. Armstead admitted to ingesting methamphetamine and heroin on or about August 27, 2018.

On July 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Armstead. He acknowledged an understanding of his conditions, which included standard condition number 9.

On October 22, 2018, the undersigned officer spoke with Mr. Armstead's assigned community corrections officer (CCO) with the Washington State Department of Corrections. The CCO advised Mr. Armstead admitted to her on August 31, 2018, that he ingested heroin and methamphetamine on August 27, 2018.

Subsequently, on October 22, 2018, the undersigned officer contacted Mr. Armstead using his provided cellular telephone number. Mr. Armstead confirmed he ingested heroin and methamphetamine in August 2018.

On October 23, 2018, the undersigned officer met with Mr. Armstead. He signed a substance abuse admission form acknowledging his use of heroin and methamphetamine on or about August 27, 2018.

**Violation #3:** Mr. Armstead allegedly failed to return to his residence by 9 p.m. on October 8, 2018.

On July 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Armstead. He acknowledged an understanding of his conditions, which included a condition that he comply with a curfew.

On August 27, 2018, the Court modified Mr. Armstead's curfew to restrict him to his grandmother's residence from 9 p.m. to 5:30 a.m. On August 31, 2018, Mr. Armstead verbally confirmed his knowledge of his modified curfew to a U.S. probation officer.

On October 8, 2018, at 9:05 p.m., Mr. Armstead contacted the undersigned officer to report he lost track of time and was late for his 9 p.m. curfew. Mr. Armstead returned to his residence on October 8, 2018, at 9:22 p.m.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2018

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 25, 2018
Date